**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**UNITED STATES OF AMERICA,**

    **v.**                          **Criminal No. 14-020 (ESH)**

**MERCEDEZ A. MOORE-JOHNSON,**

        **Defendant.**

_____

## ORDER

In a hearing before Magistrate Judge Kay on February 12, 2014, defendant Mercedez A. Moore-Johnson, entered a plea of guilty. On February 21, 2014, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. Counsel have as of this date stated that they have no objection to the Report and Recommendation. Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

    **SO ORDERED.**

                                     _____
                                          /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date: March 10, 2014